**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

1

"Equal value for every Life
is the pursuit of the Law."

SEP 2 2 2021

BY
DEPUTY

-------------------------------------------

Bruce Green,                          )
9453 Lawhon Road                      )
Beaumont, TX 77713                    )
(409) 926-8168                        )
              Complainant             )
                                      )
        v.                            )        **Filing a Civil Suit**
                                      )        **EEOC Charge #460-2021-00917**
TRI-CON, Inc.                         )
D/b/a Exxpress Mart Personnel         )
7076 West Port Arthur Road            )
P.O. Box 20555                        )
Beaumont, Texas 77720                 )
(409) 835-2237                        )
              Agency                  )

-------------------------------------------

**INTRODUCTION**

**I am submitting this request to file a Civil Suit per the EEOC issued Right to Suit letter dated June 25, 2021, regarding the Amended EEOC case charge #460-2021-00917. (Exhibit 16)**

I sent the complaint to the EEOC and the requested comparator information of the Constructive Discharge /Hostile Work Environment event(s) as requested and was waiting to be notified of the formal investigative interview of all my claims/events of discrimination.  In stating my claims/events I only tried to state in a succinct manner how I personally suffered an employment harm as it relates to a term, condition, or privilege of my employment and to show the specific harassing behavior I was subjected to as an employee of TRI-CON, Inc. (TCI).  I did not provide extensive background information and documents of events because I was waiting to provide this information during the investigation or upon request.

**(I) Regarding the Disparate Treatment claim of Constructive Discharge**, I was asked for a comparator information, employee(s) that was similar situated (i.e., someone who shares the same supervisor or is under the jurisdiction of the same supervisor, subject to the same employment policies or rules, performs similar job task and responsibilities, similar job performance evaluations and disciplinary policies), who was treated more leniently than I was under the same or similar circumstances.

<u>The claim is</u>: **Whether I was subjected to discrimination on the bases of race (Black), age (over 40 y.o.), and reprisal (opposition to a discriminatory practice0, when on January 28, 2020, due to my refusal to drive an illegal loaded dangerous**

"Equal value for every Life
is the pursuit of the Law."

**flammable fuel in transport tractor trailer that would put me in violation of DOT law of being over axle allowable weight and Imad Sarkiss, TCI owner, and Art Cawthon, Terminal Manager, complaining and threatening me created intolerable work conditions that led to my removal (constructive discharge) from my position as Truck Driver.**

Comparator information:

a.  **Illegal weight of load:**  TCI has engaged in presenting fraudulent and false information regarding the TCI decision to terminate my employment was not due to insubordination of refusing to perform my duty as a certified safe and Incensed Transport Driver by the Department of Transportation (DOT). I was placed under duress when directed to drive/haul a Load that had been fraudulently weighed, as evident on the Bill of Lading dated February 3, 2020. **(Exhibits l, 2)** The Ticket fraudulently showed the total weight of the load of volatile and explosive fuel as being less than 80,000 lbs. at 78,620 lbs. (i.e., **FUEL [**1100 gallons (gal) diesel @ 6.943 lbs/gal = 7637.3 lbs., 1000 gal V-Power Super gasoline @ 6.071 lbs/gal = 6071 1bs., 6200 gal Regular gasoline @ 6.071 lbs/gal= 37,640.2 1bs.**]** = 51,348.5; Truck wt. = 28,560 lbs, Total wt. = 51,348.5 + 28,560 = 79,9085 lbs). This figure is a fraudulent calculation that the TCI Owner, Imad, and Terminal Manager, Art Cawthon, had created for the weighing of the fuels that was in direct Violation of DOT fuel weight measurements. **(Exhibits 3, 4)** DOT regulation fuel weights state: diesel wt. = 7.1 lbs./gal; V-Power Super gas wt. = 6.073 lbs/gal; Regular gasoline wt. = 6,073 lbs/gal.  These DOT fuel weights show the actual fuel weight of the load would equal 51,535.6 lbs" and added with the truck wt. 28,560 lbs. = 80,095.6 lbs. This is a violation of DOT weight regulation of 80,000 lbs. and violation of being over axle Weight **(Exhibits 5, 6)**.

b.  **Similar situated event**: I was removed from my position because I refused to haul an illegally weight loaded transport tractor trailer truck with dangerous flammable fuel.  Imad Sarkiss (ImS), TCI owner, (Appears Middle East-Iranian, under 50 years old (y.o.), Unknown Prior EEO activity (UPE)) and Art Cawthon (AC), Terminal Manager, (Caucasian, over 65 y.o., UPE), did not threaten and terminate another truck driver (Donald Sealy (Caucasian, under 55 y.o., UPE)) when on February 26, 2018, Donald Sealy refused to haul a load of gasoline and diesel fuel across state lines (i.e., from Texas to Louisiana) in violation of DOT standards. On February 28, 2018, ImS sent out a group text **(Exhibit 7)** stating, "In regards to deliveries to Cameron: Art and I have been in touch with the Coast Guard and it is work in progress. I understand some of u have reservations about delivering there (and we respect that)."

**(II)  Regarding the ongoing Hostile Work Environment/Harassment claim:**

The claim is:  **Whether I was subjected to ongoing hostile work environment/harassment on the bases of my race (Black), age (over 40 y.o.), and**

"Equal value for every Life
is the pursuit of the Law."

**retaliation/reprisal (opposition to a discriminatory practice), because of the following events when:**

**1)** On August 4, 2018, Art Cawthon (AC), Terminal Manager (Caucasian, over 65 y.o., UPE), assigned me to drive the transport truck #318 knowing it was illegal loaded over the 80,000 pound (lbs.) weight standard of the Department of Transportation (DOT). I voiced my opposition to being directed to haul this illegal weighted load to Art, but he threatened me to drive or go home without pay. I decided to cut the load weight to make it in compliance with DOT. I believe this was done because of my race (Black), age, and as an act of reprisal/relation due to my previously speaking out against other things that showed discrimination in how I am being treated because AC never assigned Ron Gomarez, Truck Driver (Caucasian, under 55 y.o., UPE), Donald Sealy, Truck Driver (Caucasian, under 55 y.o., UPE), or Wanda Talcott, Truck Driver (Caucasian, under 45 y.o., UPE) to haul illegally weight loads. This event caused me to fear being punished or loss of my job.

**2)** On August 6, 2018, AC (Caucasian, over 65 y.o., UPE) ordered me to drive the truck #316 with trailer #412 after I notified him that the truck was unsafe to drive due to oil leaking out of the engine oil filter. **(Exhibit 8)** AC refused to allow me to take the truck to the shop and required me to continue to drive it. I believe AC discriminated against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because AC never required Wanda Talcott, Truck Driver (Caucasian, under 45 y.o., UPE) to drive a defective truck #316 and when she refused AC would switch her to truck #318 or another truck. AC would also reassign Ron Gomarez, Truck Driver (Caucasian, under 55 y.o., UPE), and Donald Sealy, Truck Driver (Caucasian, under 55 y.o., UPE) to another truck whenever they found a truck was defective to operate. This event caused me to fear loss of opportunity to work and to continue to be in fear due to the ongoing threat of losing my job.

**3)** On August 15, 2018, AC (Caucasian, over 65 y.o., UPE), threaten to send me home without pay if I did not drive truck #315 with trailer #411 that was carrying an illegally load weight of dangerous flammable fuel (i.e., 81,128 lbs., 1128 lbs. over the DOT standard of 80,000 lbs.) **(Exhibit 10)** I voiced my opposition to the over weighted load but he insisted that I haul the load, when he had previously, on July 6, 2018, instructed me that if I am uncomfortable with the weight of any loads that I can adjust as I see fit to make the load weight legal. **(Exhibit 9)** This event caused me to fear loss of opportunity to work and to fear losing my job.

**4)** On August 28, 2018, AC (Caucasian, over 65 y.o., UPE), threaten to send me home without pay and give another driver my load if I refused to

"Equal value for every Life
is the pursuit of the Law."

drive the truck #316 with trailer #411 after I notified him that the check engine light was still on. AC refused to allow me to take the truck to the shop to be repaired and instructed me that unless the light stays on for two days. **(Exhibit 11)** I would not be allowed to go get it repaired. I believe AC discriminated against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because AC did not require Ron Gomarez, Truck Driver (Caucasian, under 55 y.o., UPE), and Donald Sealy, Truck Driver (Caucasian, under 55 y.o., UPE) to drive their truck with a sign of a defective part, but allowed them to take their trucks to the shop without any negative consequences or threats. This event caused me to fear loss of opportunity to work and to fear losing my job.

**5)** In October 2018, Imad Sarkiss (ImS), TCI owner (Appears Middle East-Iranian, over 50 y.o., UPE), and AC (Caucasian, over 65 y.o., UPE), failed to respond after I reported the harassing behavior of co-worker Ron Gomarez, Truck Driver (Caucasian, under 55 y.o., UPE), who threaten me by stating, "…you are a self-righteous, do nothing wrong, 'Son-of-a-Bitch!' I was treated as a valueless employee after reporting such a demeaning and belittling comments can go unpunished. This coworker was allowed to say and do almost anything towards me with indemnity. I felt hopeless and helpless to say anything to anybody because of the chilling effect of ImS, the owner, condoning this discriminatory behavior of my co-worker.

**6)** In 2018, AC (Caucasian, over 65 y.o., UPE), failed to respond after I reported the harassing behavior of co-worker Donald Sealy, Truck Driver (Caucasian, under 55 y.o., UPE), who threaten me by stating, "I'm sorry for having to 'Get In Your Ass' about having to repair the brakes on the truck." I was treated as a valueless employee after reporting such a demeaning and belittling comments can go unpunished. This coworker was allowed to say and do almost anything towards me with indemnity.

**7)** On July 10, 2019, Mitia Gueorguiev (MG), Dispatcher/Assistant Terminal Manager (Appears Middle East-Iranian, under 40 y.o., UPE), denied me to use the office restrooms utilized by the Caucasian drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE). I believe this was an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because MG did this by padlocking the door and instructed me to use the outside porta-potty. **(Exhibit 12)**

**8)** On July 20, 2019, MG (Appears Middle East-Iranian, under 40 y.o., UPE) ordered me to drive the truck #315 or he would make me go home

"Equal value for every Life
is the pursuit of the Law."

without pay, after I notified him that there was no turn signal. **(Exhibit 13)**
He told me not to call back to the office within five days, not to be seen on
company grounds, and that he would call me if needed.  I believe this was
an act of discrimination against me on the bases of my race, age, and as
an act of reprisal/relation (opposition to a discriminatory practice) because
MG never required other drivers, ((Ron Gomarez (Caucasian, under 55
y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE))
to be sent home without pay, but would allow them to sit at the company
yard on the pay clock and wait for the repairs to the truck are done or
reassign them to another truck.  This made me feel that I am valued less
than other employees. I was made me feel hopeless and helpless to say
anything because MG was the decision maker as to who works and who
does not.

**9)**    From July 20, 2019, thru September 13, 2019, ImS (Appears Middle
East-Iranian, under 50 y.o., UPE), AC (Caucasian, over 65 y.o., UPE), and
MG (Appears Middle East-Iranian, under 40 y.o., UPE) did not allow me to
work consistently, but failed to allow me work for periods of four or five
days.  I believe this was done as an act of discrimination against me on
the bases of my race, age, and as an act of reprisal/relation (opposition to
a discriminatory practice) because ImS, AC, and MG never treated other
drivers this way.  They assigned my work to other drivers (Ron Gomarez
(Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian,
under 45 y.o., UPE) with my truck but required me to be at home without
pay.  I was intimidated with the fear of the potential of losing my job. I felt
helpless and hopeless because there was no one in the company I could
complain to about this due to I am being treated in a discriminatory way by
the owner and terminal managers of the company.

**10)**  On July 24, 2019, ImS (Appears Middle East-Iranian, under 50 y.o.,
UPE) threatened me with termination when he stated the TCI company
has work for other drivers but "the company don't have work for you….I
can't be more clearer than what I just said."  I believe this was done as an
act of discrimination against me on the bases of my race, age, and as an
act of reprisal/relation (opposition to a discriminatory practice) because
ImS never treated other drivers this way.  ImS assigned work to other
drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown
last name) (Caucasian, under 45 y.o., UPE), Wanda Talcott (Caucasian,
under 45 y.o., UPE)) but required me to be at home without pay.  I was
intimidated with the fear of the potential of losing my job.  I was made to
suffer the compensatory loss of not being allowed to work when work was
available due to ImS' own bias against me.  I felt helpless and hopeless
because there was no one in the company I could complain to about this
due to I am being treated in a discriminatory way by the owner of the
company. I was made to feel that I am valued less than other employees

by the way I was being treated with such aversion and being over looked when job opportunities are being provided to my co-workers.

**11)**   On August 20, 2019, AC (Caucasian, over 65 y.o., UPE) and MG (Appears Middle East-Iranian, under 40 y.o., UPE) held a meeting with me and threatened my job when they accused me with failing to do my job due to my practice of adjusting the weight of the loads to make them compliance with the legal weight allowed according to DOT standard of the 80,000 lbs. limit. I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) in how things are being done because AC and MG is ordering me to do things in violation the DOT load weight standard knowingly.

**12)** On September 13, 2019, I reported the engine light on the truck and ImS (Appears Middle East-Iranian, under 50 y.o., UPE) told me that his patience was wearing thin with me reporting incidents and he told me to go home without pay.  I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because ImS never treated other drivers this way.  ImS never required other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), Wanda Talcott (Caucasian, under 45 y.o., UPE)) to be sent home without pay, but would allow them to sit at the company yard on the pay clock and wait until the repairs to the truck are done or reassigned them to another truck.  I was intimidated with the fear of the potential of losing my job. I felt helpless and hopeless because there was no one in the company I could complain to about this due to I am being treated in a discriminatory way by the owner of the company.

**13)** On September 21, 2019, AC (Caucasian, over 65 y.o., UPE) ordered me to haul four illegally over weight loads of dangerous flammable fuel (2 loads @ 86,280.2 lbs.; 1 load @ 93,880 lbs., 1 load @ 86,236.6 lbs.) against DOT standard of 80,000 lbs. and threaten to send me home without pay or to terminate me by stating, "I need your assurance that you will comply with this.". I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) in how things are being done because AC is ordering me to do things in violation the DOT load weight standard knowingly.

**14)** On September 22, 2019, AC (Caucasian, over 65 y.o., UPE) ordered me to haul three illegally over weight loads of dangerous flammable fuel (2 loads @ 84,431.6 lbs.; 1 load @ 87,615.3ibs.) against DOT standard of 80,000 lbs. and threaten to send me home without pay or to terminate me.

I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) in how things are being done because AC is ordering me to do things in violation the DOT load weight standard knowingly.

**15)**  On October,12, 2019, ImS (Appears Middle East-Iranian, under 50 y.o., UPE) sent me home without pay after I notified him that the emergency brake system light was on in the truck #315 with trailer #412 and he refused to switch me to another truck.  I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because ImS never treated other drivers this way.  ImS never required other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), to be sent home without pay, but would allow them to sit at the company yard on the pay clock and wait until the repairs to the truck are done or reassigned them to another truck. I was intimidated with the fear of the potential of losing my job. I felt helpless and hopeless because there was no one in the company I could complain to about this due to I am being treated in a discriminatory way by ImS, the owner, of the company.

**16)**  On October 13, 2019, AC (Caucasian, over 65 y.o., UPE) ordered me to haul two illegally over weight loads of dangerous flammable fuel (1 load @ 80,001.8 lbs.; 1 load @84,318.80 lbs.) against DOT standard of 80,000 lbs., and sent me home without pay after I told him the truck #316 the check engine light was on and I refuse to drive the defective truck. **(Exhibit 14)** I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because AC never treated other drivers this way.  AC never required other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), to be sent home without pay, but would allow them to take their truck to the shop and wait until the repairs to the truck are done or reassigned them to another truck. AC is ordering me to do things in violation the DOT load weight standard knowingly.

**17)**  On October 29, 2019, AC (Caucasian, over 65 y.o., UPE) sent me home without pay after I notified him the truck transmission light was on and I refuse to continue driving the truck to risk burning up the transmission.  I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because AC never treated other drivers this way.  AC never required other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian,

under 45 y.o., UPE), to be sent home without pay, but would allow them to take their truck to the shop and wait until the repairs to the truck are done or reassigned them to another truck.

**18)**  On November 8, 21 thru 23, and 26 thru 30, 2019, AC (Caucasian, over 65 y.o., UPE) sent me home without pay after I notified him the truck check engine light was on, it needs to go to the shop, and I refused to continue driving the truck with defective equipment. **(Exhibit 15)**  I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because AC never treated other drivers this way.  AC never required other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), to be sent home without pay, but would allow them to take their truck to the shop and wait until the repairs to the truck are done or reassigned them to another truck.

**19)**  On December 17, 2019, MG (Appears Middle East-Iranian, under 40 y.o., UPE) ordered me to drive truck #315 and pull a defective trailer #412 after I made him aware that the air-bags shocks were leaking air.  I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because MG never treated other drivers this way.  MG did not require Ron Gomarez (Caucasian, under 55 y.o., UPE), and Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), to drive their truck with a sign of a defective part, but allowed them to take their trucks to the shop without any negative consequences or threats.

**20)**  On January 28, 2020, ImS (Appears Middle East-Iranian, under 50 y.o., UPE) and AC (Caucasian, over 65 y.o., UPE) told me if I refuse to drive the truck as it is illegally loaded with dangerous flammable fuel that I would be terminated and I refused the load this led to removal (Constructive Discharge). I believe this was done as an act of discrimination against me on the bases of my race, age, and as an act of reprisal/relation (opposition to a discriminatory practice) because ImS and AC did not threaten and terminate another truck driver (Donald Sealy (Caucasian, under 55 y.o., UPE)) when on February 26, 2018, he refused to haul a load of gasoline and diesel fuel across state lines in violation of DOT standards. ImS sent out a group text on February 28, 2018, stating, "In regards to deliveries to Cameron: Art and I have been in touch with the Coast Guard and it is work in progress. I understand some of u have reservations about delivering there (and we respect that)." **(Exhibit 7)**

**(III) Regarding the ongoing Reprisal Per Se to show that TCI managers made comments or engaged in conduct that intimidated or interfered with my EEO**

**activity by exerting pressure on me to dissuade or deter me from filing an EEO complaint:**

The claim is:   **Whether I was subjected to reprisal per se on the bases of race (Black), age (over 40 y.o.), reprisal (opposition to a discriminatory practice), regarding the following events when:**

> From November 2017 thru January 28, 2020, I brought various concerns to by managers and supervisors regarding why I was being treated different and not getting the hours and pay as other drivers, and they threatened me that I would be terminated or to be sent home without pay, and not to call the office unless they called me for work. ImS (Appears Middle East-Iranian, under 50 y.o., UPE) told me his patience was wearing thin with me. ImS stated that I am reporting things about my work environment and defective equipment too often to him and that this type of thing is making it difficult for me to do my job.  I told ImS that it is my responsibility to report the events but he is to help me stay operating with safety.  This created a hostile work environment for me.  ImS made intimidating and threatening statements to dissuade me from complaining or filing a complaint or filing an EEO complaint about events when ImS told me that he would send me home without pay.  This created a threat and a chilling effect when ImS stated that it may be best to drive like the other drivers (Ron Gomarez (Caucasian, under 55 y.o., UPE), Donald Sealy (Caucasian, under 55 y.o., UPE), Dustin (unknown last name) (Caucasian, under 45 y.o., UPE), Wanda Talcott (Caucasian, under 45 y.o., UPE)), or I could possibly lose my job.

## SUMMARY of CLAIMS AND EVENTS

The law prohibits discrimination based on race, age, and reprisal is Title VII of the Civil Rights Act of 1964, as amended, Section 701 et seq., 42 U.S.C. 2000e et seq. (Title VII).

The Commission has held that an agency is strictly liable for the actions of supervisors hostile harassing behavior that repeated culminated in tangible employment actions (i.e., a significant change in employment status as termination, failing to allow equal compensatory opportunities, suspension of work, and other decisions that caused me a significant change in my employment benefits.)

The above claim(s) and events are provided to show how the agency failed to exercise reasonable care to prevent and correct the discrimination behavior towards me.

For the foregoing reasons stated in my description of the discriminatory events above, I humbly ask that you find that I have shown that I was discriminated against based on race, age, and reprisal (opposition to discriminatory practices) with respect to my claims

10
"Equal value for every Life
is the pursuit of the Law."

of Disparate Treatment (claim 1), hostile work environment harassment (claim 2), and reprisal per se (claim 3).

In regards to my demonstrating that discrimination did occur, I ask that you order the following relief and corrective actions:

1) For compensatory damages relief, I ask that the agency be held liable for discrimination and made to pay for the years of pain, suffering, mental anguish, the sleepless nights, emotional distress, and the daily humiliation I had to endure by the reckless endangerment and impunity for the harming of my life due to the continued subjection to the verbal and physical discriminatory work environment created by my former employer.  They acted without concern or conscious of my rights as a human being and with impunity of the law. Therefore, I am asking for compensatory damages of $6,500,000.00. I am further asking for punitive damages of $500,000.00. All to be paid in a lump sum of $7,000,000.00.

2) For equitable relief: I am asking that the agency be mandated to immediately develop a corrective, curative, and preventative action plan to take the necessary measures to ensure that such violations of EEO law do not recur.  I ask that the agency be required to have administered 8 hours of anti-discrimination EEO training from an outside professional agency for each of its employees and management.  That agency will develop an annual refresher training to help facilitate and maintain a workplace free from discrimination, hostility, offensive conduct or abuse.

Although it is my desire to receive the above requested relief and corrective actions, I am open to exercising all alternative dispute resolution venues to seek resolution.

Sincerely,

*Bruce Green*

BRUCE GREEN
Complainant

345
COLLECTIONS
MMISSION

-- OVERPAID UNEMPLOYMENT BENEFITS
.. 26. 2020

22:51 PM [Central Standard Time] in 02-33 on line [9] for: McAllen - ER's - Pg 5/8 024   P. 5

138440

ORIGINAL

56634-
X-21

# BILL OF LADING

Spill, Leak, Fire, Exposure, or Accident Day or Night Call: CHEMTREC 1-800-424-9300 (CCN 15090)

BOL# 0000724481   EPA# 429581214   Folio: 02/002
TransID: 530   3rd Party Ref: 000000328   Order: 0000000000
Batch:   Contract:
Load Start: 2020-02-03 16:34   Load Stop: 2020-02-03 16:43

CARRIER: TRI-CON INC.
SCAC: TCOB   TRACTOR:   TRAILER: 412
DRIVER: 00015374 CHAMBERLAIN, DUSTIN, H
COMMENTS:

ENTERPRISES
INC
INC

75

ormation, please refer to the SDS. TX TERMINAL LOCATOR NUMBER T-76-TX-2783

## Product Summary

| | Gals | Totals by Grade | Gross | Net |
|---|---|---|---|---|
| | 1100 | SH RUL87 RVP>7.8 CONV ETOH 3.5-4.0 | 6200 | 6186 |
| | 7200 | SH TXLED MV #2D (S-15 PPM) | 1100 | 1097 |
| TOTALS[GALS]: | 8300 | SH VPOWER 93 NVOC RFG ETOH 3.5-4.0 | 1000 | 997 |

| Gross | Net | Temp | Grav | Bay | Meter | Tank |
|---|---|---|---|---|---|---|
| 1000 | 997 | 64.0 | 80.0 | | | |
| 898 | 895 | 63.9 | 61.5 | 01 | 0502 | 1739 |
| 102 | 102 | 65.7 | 46.9 | 01 | 0503 | 1734 |
| 1100 | 1097 | 66.0 | 35.2 | 01 | 0201 | 1742 |
| 3100 | 3083 | 63.2 | 60.5 | | | |
| 2784 | 2778 | 62.9 | 62.0 | 01 | 0401 | 1737 |
| 316 | 315 | 65.3 | 46.9 | 01 | 0402 | 1734 |
| 3100 | 3083 | 63.2 | 60.5 | | | |
| 2784 | 2778 | 62.9 | 62.0 | 01 | 0301 | 1737 |
| 316 | 315 | 65.4 | 46.9 | 01 | 0302 | 1734 |

EXHIBIT 1



36:55619
**24th NUMBER**

**CAT**
SCALE

ERTIFIED

JTOMATED

**:UCK**
**:ALE**

SCALE COMPANY
IOX 630
:OTT, IA 52773
264-6263
:alscale.com

**55619**
WEIGHMASTER'S
CERTIFICATE OF
VEIGHT & MEASURE

GH NUMBER
: 1 5
ER COPY

Received 2/4/2020 1:22:51 PM [Central Standard Time] in 02-33 on line [0] for: McAllen - ER's - Pg 4 / 8024     P.  4

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantee that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.

### "WEIGH WHAT WE SAY OR WE PAY"

If you get an overweight fine from the state **AFTER** one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, **OR**
(2) A representative of CAT Scale Company will appear in court **WITH** the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or visit www.catscaleguarantee.com for instructions.
3) **IMMEDIATELY** send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

| | | | |
|---|---|---|---|
| **DATE:** | 2-03-20 | STEER AXLE | 11660   1 b |
| **APPROXIMATE TIME:** | 17:12 | DRIVE AXLE | 33980   1 b |
| **SCALE:** | 2804 | TRAILER AXLE | 32980   1 b |
| **LOCATION:** | PETRO | *GROSS WEIGHT | 78620   1 b |
| | I 10 EXIT 848 | | |
| | BEAUMONT  TX | | |

This is to certify that the following merchandise was weighed, counted, or measured by a public weigher, and when properly signed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LICENSE#:



LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED     FREIGHT ALL KINDS

COMPANY TRI CON

TRACTOR # 318     TRAILER # 912

FEE     $12.00     WEIGHER SIGNATURE AND LICENSE NUMBER     #     TICKET # OF FULL S WEIGH (IF REWEIGH)

POLLY SMITH

© CAT Scale® TX 3068 7/18

EXHIBIT 2



## How Much Does A Gallon Of Diesel Weigh?

One gallon of diesel fuel weighs approximately 7.1 pounds (3.22 kg).

The weight can vary slightly, depending on temperatures and grade of diesel fuel.

## Why Is It Important To Know How Much Diesel Weighs?

It may not seem to be important to know the weight of a gallon of diesel. But for a truck driver, it is extremely important.

They must account for the added weight or pay fines for driving an overweight rig. Since most trucks can hold 300 gallons of diesel, that adds an extra 2,100 pounds (952 kg) of weight!

EXHIBIT 3

EXHIBIT 4

## What is the Weight of Gasoline?

As stated earlier, there are plenty additives that are added to the final product of gasoline after crude oil has undergone fractional distillation in a refinery. It is also important to note that in different countries different additives are used. For example, detergents are added to gasoline as it is sold at the pump in order to reduce carbon buildup in engines. Other additives include ethanol and dyes used for distinction purposes.

Due to all of the additives, it is not possible to give an exact weight of gasoline or even its density. The refining process is also not perfect. The machines have errors. The exact density cannot therefore be determined, but there is a range which is from 0.71Kg/L to 0.77Kg/L in commonwealth countries and roughly 6.073lb/gallon in the US.

Gasoline with higher densities have a higher content of aromatics, mostly chemical compounds that are derivatives of benzene. Gasoline floats on water which means that water has a higher density than gasoline. If the two compounds are put together in a container, gasoline will float, as the two do not mix and because gasoline is lighter.

# FILE THE HEAVIEST WEIGHT VIOLATION

## BASIC WEIGHT LAWS

### TIRE WEIGHT RATING
= Marked on Side wall of Tire

### SINGLE AXLE
= 20,000 lbs.

### TANDEM AXLE
= 34,000 lbs.

### MAXIMUM GROSS WEIGHT
= 80,000 lbs.

**WHEN DETERMINING LEGAL ALLOWED GROSS WEIGHT FOR ANY OF THE ABOVE LISTED WEIGHT LAWS, ALWAYS USE THE MOST RESTRICTIVE AMOUNT ALLOWED BY LAW.**

## OVER AXLE & OVER GROSS WEIGHT TOLERANCE PERMIT –
(TRC 622.011)

Allows (for excess Axle and/or Gross Weights to exceed the Basic Weight Law allowances. Do not confuse this permit with other permits sold by TXDMV that route weight on the Interstate system...

## 12% AGRICULTURAL DEFENSE – (TRC 621.508)

1. Applies to a Single or Tandem axle.
2. Stipulation that only one axle will be allowed the 12%...

## READY-MIX CONCRETE or CONCRETE PUMP TRUCKS –
(TRC 622.012)

### SINGLE AXLE ALLOWED
= 23,000 lbs.

### TANDEM AXLE ALLOWED
= 46,000 lbs.

The single-OR tandem axle weights may be exceeded by 10% with a gross weight that does not exceed 69,000 lbs.

## MISCELLANEOUS WEIGHT LAW EXCEPTIONS

### SEED COTTON, (TRC 622.903)
Single vehicles used to haul the purpose of transporting seed cotton modules or cotton...

### CHILE PEPPER MODULES, (TRC 622.953)
Single motor vehicle used...

### ANNUAL TIMBER PERMIT, (TRC 622.131)
...

### LOG TRUCKS, (TRC 622.0421)
Log Trucks may be operated with 20,000 pounds gross weight on a minimum outside bridge measurement of 34'...

## ENFORCEMENT TOLERANCES

### UNLOADING TOLERANCES – (TRC 621.403)

### UNLOADING EXCEPTIONS – (TRC 621.403)

### AXLE & VEHICLE DIAGRAMING METHODS

### SINGLE VEHICLES TRANSPORTING SOLID WASTE
(TRC 621.162 & 622.14)
and
### RECYCLABLE MATERIAL WITH ROLL-OFF CONTAINERS
(TRC 622.133 & 622.134)

Steering Axle = 21,000 lbs.
Tandem Axle = 44,000 lbs.
Gross Weight = 64,000 lbs.

## OVER WEIGHT VEHICLE STOPPED





EXHIBIT 5



**PERMISSIBLE WEIGHT TABLE**   CVE-43 (Rev. 12/15)

$$\left(\left(\frac{LN}{N-1}\right) + 12N + 36\right),\quad W = \text{Weight} \quad L = \text{Length} \quad N = \text{\# Of Axles}$$

**TRC Sec. 522.041**
**COMMERCIAL DRIVER'S LICENSE**

| DISTANCE IN FEET | AXLES 2 | AXLES 3 | AXLES 4 | AXLES 5 | AXLES 6 | AXLES 7 |
|---|---|---|---|---|---|---|
| 7 | 34,000 | | | | | |
| 8 | 34,000 | 34,000 | | | | |
| 8+ | 38,000 | 42,000 | | | | |
| 9 | 39,000 | 42,500 | | | | |
| 10 | 40,000 | 43,500 | | | | |
| 11 | | 44,500 | | | | |
| 12 | | 45,000 | 50,000 | | | |
| 13 | | 45,500 | 50,500 | | | |
| 14 | | 46,500 | 51,500 | | | |
| 15 | | 47,500 | 52,000 | | | |
| 16 | | 48,000 | 52,500 | 58,000 | | |
| 17 | | 48,500 | 53,500 | 59,500 | | |
| 18 | | 49,000 | 54,000 | 59,000 | | |
| 19 | | 51,400 | 54,500 | 60,000 | | |
| 20 | | 52,600 | 55,500 | 60,500 | 66,000 | |
| 21 | | 54,000 | 56,000 | 61,000 | 66,500 | |
| 22 | | 54,000 | 56,500 | 61,500 | 67,000 | |
| 23 | | 54,000 | 57,500 | 62,500 | 68,000 | |
| 24 | | 54,000 | 58,700 | 63,000 | 68,500 | 74,000 |
| 25 | | 54,500 | 59,650 | 63,500 | 69,000 | 74,500 |
| 26 | | 55,500 | 60,600 | 64,000 | 68,550 | 75,000 |
| 27 | | 56,000 | 61,550 | 65,000 | 70,000 | 75,500 |
| 28 | | 57,000 | 62,500 | 65,500 | 71,000 | 76,500 |
| 29 | | 57,500 | 63,450 | 66,000 | 71,500 | 77,000 |
| 30 | | 58,500 | 64,000 | 66,500 | 72,000 | 77,500 |
| 31 | | 59,000 | 65,350 | 67,500 | 72,500 | 78,000 |
| 32 | | 60,000 | 66,300 | 68,500 | 73,000 | 78,500 |
| 33 | | | 67,250 | 68,500 | 74,000 | 79,000 |
| 34 | | | 68,200 | 69,000 | 74,500 | 80,000 |
| 35 | | | 69,150 | 70,000 | 75,000 | |
| 36 | | | 70,100 | 70,500 | 75,500 | |
| 37 | | | 71,050 | 71,050 | 76,000 | |
| 38 | | | 72,000 | 72,000 | 77,000 | |
| 39 | | | 72,000 | 72,500 | 77,500 | |
| 40 | | | 72,000 | 72,000 | 78,000 | |
| 41 | | | 72,000 | 73,500 | 78,500 | |
| 42 | | | 72,000 | 74,000 | 79,000 | |
| 43 | | | 72,000 | 75,000 | 80,000 | |
| 44 | | | 72,000 | 75,500 | | |
| 45 | | | 72,000 | 76,000 | | |
| 46 | | | 72,500 | 76,500 | | |
| 47 | | | 73,500 | 77,000 | | |
| 48 | | | 74,000 | 78,000 | | |
| 49 | | | 74,500 | 76,500 | | |
| 50 | | | 75,500 | 79,000 | | |
| 51 | | | 76,000 | 80,000 | | |
| 52 | | | 76,500 | | | |
| 53 | | | 77,500 | | | |
| 54 | | | 78,000 | | | |
| 55 | | | 78,500 | | | |
| 56 | | | 79,500 | | | |
| 57 | | | 80,000 | | | |

These figures have been carried forward from Article 6701d-11, Section 5, Subsection (4), when it was amended on December 16, 1974, by Senate Bill 89 of the 64th Legislature, which provided that axle configurations and weights that could be lawfully operated as of that date would continue to be legal under the increased weight limits.

These figures apply only to an axle spacing greater than 8' but less than 9'.

Note: The permissible loads are computed to the nearest 500 pounds - Sec. 127 USC, Title 23 and TRC 21.101.)

Is the vehicle a combination vehicle? → NO → Is the GVWR of the power unit 26,001 lbs or greater? → NO → Is the vehicle designed to tran 24 or more passengers inch the driver?

↓ YES

Is the combination GVWR greater than or equal to 26,001 lbs? → NO → Is the GVWR of the trailor 10,000 lbs or less? → YES

↓ YES

Is the trailer(s) GVWR greater than 10,000 lbs? → NO → Is the GVWR of the trailor 10,000 lbs or less?

↓ YES

**CLASS (A) CDL REQUIRED**    **CLASS (B) CDL REQUIRED**

Is the vehicle transporting a quantity of hazardous materials that require placards as defined in 49 C.F.R. Part 172, Subpart F?

YES ←    → NO

Is the vehicle designed to transport 16-23 passengers including the driver? → NO

↓ YES

**CLASS (C) CDL REQUIRED**    **CDL NOT REQUIRED**

Persons exempt from CDL requirements:
1. Farmer or rancher in a covered farm vehicle
2. Firefighter/emergency vehicle necessary for the preservation of life or property
3. Military Vehicle operated by military personnel
4. Recreational vehicle
5. Person operating a vehicle owned, leased or controlled by an air carrier on the premises of an a
6. CMV on private property
7. Operating off road construction equipment
8. Vehicle used exclusively to transport seed cotton modules or cotton burrs.

EXHIBIT 6

14

## Group MMS

Everyone can reply and see each other's
messages • 2/28/18, 19:25

Good evening team!
In regards of the
deliveries to Cameron:
Art and I have been
in touch with the
Coast Guard and it
is work in progress. I
understand some of
u have reservations
about delivering there
(and we respect that)

Type an MMS

EXHIBIT 7



EXHIBIT 8



EXIBIT 9



EXHIBIT 10



EXHIBIT 11



EXHIBIT 12



EXHIBIT 13



25 6000 un 1300 su 1000 dsl
27 5600 un 1000 su 1600 dsl
4 4600 un 1000 su 2500 dsl
5 4000 un/12 3800 dsl

Sunday, Oct 13, 2019 · 07:32

Engine light is on in 316

Ok go home then

Ok

Text message

EXHIBIT 14



EXHIBIT 15

1
"Equal value for every Life
is the pursuit of the Law."



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Houston District Office

Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Houston Direct Dial: (346) 327-7700
FAX (713) 651-4902
Website: www.eeoc.gov

RE:    EEOC Charge No.:    460-2021-00917
       Charging Party:    Bruce Green
       Respondent:        TRI-CON, INC. DBA EXPRESS MART PERSONNEL

Mr. Green,

As requested, enclosed you will find a copy of your notice of right to sue.

Sincerely,

Gabriel Cervantes        Digitally signed by Gabriel Cervantes
                         Date: 2021.06.25 10:16:27 -05'00'
Gabriel Cervantes, Intake Supervisor    _____
Name/Title                              Date Mailed

Enclosure: Dismissal and Notice of Rights to Sue

BRUCE GREEN
9453 LAWHON ROAD.
BEAUMONT, TX 77713

EXHIBIT  16a

2
"Equal value for every Life
is the pursuit of the Law."



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
HOUSTON DISTRICT OFFICE
Mickey Leland Federal Building
1919 Smith Street, 7th Floor
Houston, TX  77002-8049

OFFICIAL BUSINESS
Penalty for Private Use $300

EXHIBIT 16b