IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE GREEN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:21-CV-00481-MJT-ZJH |
| | § | |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| TRI-CON, INC., d/b/a EXXPRESS MART PERSONNEL | § § | |
| | § | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 22, 2021, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. Pending is Defendant Tri-Con, Inc., d/b/a Exxpress Mart Personnel's ("Tri-Con") Motion for Summary Judgment Based Upon Failure to Timely File Lawsuit. [Dkt. 26]. On December 13, 2022, Judge Hawthorn issued his Report and Recommendation recommending denying Tri-Con's Motion for Summary Judgment. [Dkt. 36]. The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation Denying Tri-Con, Inc., d/b/a Exxpress Mart Personnel's Motion for Summary Judgment [Dkt. 36] is **ADOPTED**.

**SIGNED this 30th day of December, 2022.**

Michael J. Truncale
United States District Judge