IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE GREEN, § | |
| § | |
| *Plaintiff,* § | CIVIL ACTION NO. 1:21-CV-00481-MJT-ZJH |
| § | |
| v. § | |
| § | JUDGE MICHAEL TRUNCALE |
| TRI-CON, INC., § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the Court dismiss this case. Accordingly, it is ORDERED that Plaintiff Bruce Green take nothing, and the case is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 9th day of January, 2024.**

Michael J. Truncale
United States District Judge